Bruce Isaacs, Esq. SBN 100926
 *bisaacs@wymanisaacs.com*
David Boren, Esq. SBN 186316
 *dboren@wymanisaacs.com*
WYMAN & ISAACS LLP
8840 Wilshire Blvd., Second Floor
Beverly Hills, CA  90211
Tele:  (310) 358-3221
Fax:  (310) 358-3224

Attorneys for Plaintiff/Cross-Defendant,
MASTER REPLICAS, INC., a California corporation,
now known as Corgi International Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASTER REPLICAS, INC., a California corporation, now known as Corgi International Ltd.,<br><br>    Plaintiff,<br><br>  vs.<br><br>LEVITATION ARTS, INC., a Kentucky corporation; KAREN A. SHERLOCK, an individual; MICHAEL F. SHERLOCK, an individual; and Does 1-10, Inclusive,<br><br>    Defendants.<br>_____<br>AND RELATED CROSS-ACTION<br>_____ | Case No.:  CV 08-1846 DOC (MLGx)<br>(Assigned to the Hon. David O. Carter, Courtroom "9D")<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MASTER REPLICAS, INC.'S EX PARTE APPLICATION FOR AN ORDER APPROVING THE [PROPOSED] STIPULATED PROTECTIVE ORDER**<br><br>**(Filed Concurrently with Ex Parte Application)** |

After considering MR's <u>ex parte</u> application, the memorandum of points and authorities in support thereof, the Declaration of Bruce Isaacs in support thereof, the [Proposed] Stipulated Protective Order entered into between the parties in support thereof and any other pleadings or papers on file which the Court considered in connection with this <u>ex parte</u> application, IT IS HEREBY ORDERED that MR's <u>ex parte</u> application is hereby GRANTED.  Attached hereto as Exhibit "A" is the [Proposed] Stipulated Protective Order in this action.

**IT IS SO ORDERED.**

DATED:  March 16, 2009

_____
**MARC L. GOLDMAN**
UNITED STATES MAGISTRATE JUDGE

**Presented by:**

WYMAN & ISAACS LLP

By    /s/ Bruce Isaacs
       Bruce Isaacs, Esq.
       David Boren, Esq.
       Attorneys for Plaintiff/Counter-Defendant
       MASTER REPLICAS, INC. and
       Counter-Defendant MICHEL COOKSON

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of the law firm of WYMAN & ISAACS LLP, and that on the date shown below, I caused service of a true and correct copy of the attached:

**[PROPOSED] ORDER GRANTING PLAINTIFF MASTER REPLICAS, INC.'S EX PARTE APPLICATION FOR AN ORDER APPROVING THE [PROPOSED] STIPULATED PROTECTIVE ORDER**

to be completed by:

| | |
|---|---|
| \_\_\_\_\_ | personally delivering |
| \_\_\_\_\_ | sending via Federal Express or other overnight delivery service |
| __X__ | depositing for mailing in the U.S. mail with sufficient postage affixed thereto |
| \_\_\_\_\_ | delivery via facsimile machine to fax no. _____ |
| __X__ | electronic filing, and thereby delivery via e-mail to: |

Paul Adams, Esq., SBN 42146
THE ADAMS LAW FIRM
901 Rio Grande Blvd., NW
Suite H262
Albuquerque, New Mexico 87104
E-Mail: adamspatentlaw@gmail.com

Paul Adams, Esq.
THE ADAMS LAW FIRM
550 W. C Street, Suite 2000
San Diego, CA 92101

Dated this 6th day of March, 2009

/s/Lina Pearmain
Lina Pearmain