JS-6

1 | Bruce Isaacs, Esq. SBN 100926
2 |      *bisaacs@wymanisaacs.com*
3 | WYMAN & ISAACS LLP
    | 5757 Wilshire Blvd., Suite 475
4 | Tele:  (323) 648-4141
5 | Fax:   (323) 648-4133

6 | Attorneys for Counter-Defendant Michael Cookson

7

8 | # UNITED STATES DISTRICT COURT

9 | ## CENTRAL DISTRICT OF CALIFORNIA
10
11 | ### SOUTHERN DIVISION

12 | MASTER REPLICAS, INC., a           ) Case No.:  CV 08-1846 DOC (MLGx)
13 | California corporation, now known as ) (Assigned to the Hon. David O. Carter,
    | Corgi International Ltd.,              ) Courtroom "9D")
14 |                                        )
15 |                 Plaintiff,             ) **[PROPOSED] JUDGMENT**
16 |                                        )
    |        vs.                            )
17 |                                        )
18 | LEVITATION ARTS, INC., a              )
    | Kentucky corporation; KAREN A.       )
19 | SHERLOCK, an individual;             )
20 | MICHAEL F. SHERLOCK, an              )
    | individual; and Does 1-100, Inclusive,)
21 |                                        )
22 |                 Defendants.            )
23 | _____ )
    |                                        )
24 | **AND RELATED CROSS-ACTION** )
25 | _____ )

26
27
28

BI/MASTER REPLICAS-LEVITATION ARTS/JUDGMENT RE TRIAL

1    Based on the Findings of Facts and the Conclusions of Law entered by the

2 Court contemporaneously herewith, the Court hereby enters final Judgment as

3 follows:

4    1.    The Technology Licensing Agreement by and between Levitations Arts

5 Inc. and Master Replicas, Inc. is terminated as of July 28, 2009.  Title to and

6 ownership of the patent was never in Master Replicas, Inc.

7    2.    A default judgment was entered against Master Replicas, Inc. effective

8 August 21, 2009, at 3:45 PM.

9    3.    The sole remaining claim against Michael Cookson, as an individual, for

10 unjust enrichment, is hereby dismissed with prejudice.

11    4.    All other claims asserted in this action are hereby dismissed, with

12 prejudice.

13

14 Dated:  August 27, 2009

15    ____*David O. Carter*_____

16    THE HONORABLE DAVID O. CARTER

17    JUDGE OF THE UNITED STATES
       DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

BI/MASTER REPLICA-LEVITATION ARTS/JUDGMENT RE TRIAL          2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of the law firm of WYMAN & ISAACS LLP, and that on the date shown below, I caused service of a true and correct copy of the attached:

**[PROPOSED] JUDGMENT**

to be completed by:

_____    personally delivering

_____    sending via Federal Express or other overnight delivery service

__X__    depositing for mailing in the U.S. mail with sufficient postage affixed
            thereto.

_____    delivery via facsimile machine to fax no. _____

__X__    electronic filing, and thereby delivery via e-mail to:

Paul Adams, Esq., SBN 42146              Paul Adams, Esq.
THE ADAMS LAW FIRM                       THE ADAMS LAW FIRM
901 Rio Grande Blvd., NW                 550 W. C Street, Suite 2000
Suite H262                               San Diego, CA  92101
Albuquerque, New Mexico  87104
E-Mail:  adamspatentlaw@gmail.com


Dated this 25th day of August, 2009

                                         /s/Lina Pearmain
                                         Lina Pearmain